UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: )
CUNNINGHAM, Derek Otto ) CASE NO. 09-13847-reg-7
2630 South 550 East )
Marion, IN 46953 )
CUNNINGHAM, Erica Louise )
2630 South 550 East )
Marion, IN 46953 )
                      Debtors )

### ORDER FOR ABANDONMENT OF REAL ESTATE AND FOR RELIEF FROM STAY

Comes now, U.S. Bank, N.A., ("Applicant"), by counsel, having filed its Application for Abandonment of Real Estate and for Relief From Stay and no objections to said application having been filed, now finds that said application should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the real estate located in Grant County, Indiana, more particularly described as follows:

**LOT NUMBER 9 AND THE SOUTH HALF OF LOT NUMBER 10 THOMAS JEFFERSON HOMES ADDITION TO THE CITY OF MARION, INDIANA.**

Commonly known **2555 South Meridian Street, Marion, IN 46953** is hereby abandoned and the automatic stay is lifted as to said real estate so as to allow applicant to proceed with In Rem foreclosure action.

                                      /s/ *Robert E. Grant*
                                      JUDGE, UNITED STATES BANKRUPTCY COURT

DATE: January 27, 2010

DISTRIBUTION TO:
Stacy J. DeLee, 155 E. Market Street, Suite 605, Indianapolis, IN 46204
Derek Otto Cunningham, 2630 South 550 East , Marion, IN 46953
Erica Louise Cunningham, 2630 South 550 East , Marion, IN 46953
Peter Francis Geraci, 55 E. Monroe St., Suite 3400, Chicago, IL 60603
Yvette Gaff Kleven, 927 South Harrison Street, Fort Wayne, IN 46802
U.S. Trustee, One Michiana Square, 5th Floor, 100 East Wayne St., South Bend, IN 46601